IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Margaret Austin, | ) | C/A No.: 5:20-3406-SAL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Orangeburg Homes, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court upon the parties' response to the court's order to advise as to whether an amended scheduling order should be entered. [ECF Nos. 54, 56]. A status report filed by defense counsel indicated he had spoken to Plaintiff who discussed a desire to obtain a new attorney and to proceed with this case.

The court directs Plaintiff to notify the court by **October 26, 2021**, of the identity of the new attorney(s) she has retained to represent her in this case or, alternatively, of her desire that she will be proceeding with this litigation pro se, i.e., without an attorney.  If Plaintiff does not wish to continue this lawsuit, she may request that the court dismiss her claims. To this end, Plaintiff shall, by October 26, 2021, complete the attached notice and mail it to the Clerk of Court at the address indicated. If Plaintiff fails to file the attached letter with the Clerk within the time prescribed, the court will consider her as proceeding pro se. As Plaintiff's prior counsel indicated to the

court that he had been unable to contact her [ECF No. 37] and because she has already had over six weeks to obtain new counsel [ECF No. 43], the court will not further extend the deadlines set if Plaintiff fails to obtain counsel by October 26, 2021.

Plaintiff is specifically advised that, if no new attorney is obtained to represent her interests, the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure and that the court is unable to provide her with legal advice. Failure to comply with court rules could have serious consequences including, but not limited to, striking and/or dismissing her claims.

IT IS SO ORDERED.

September 28, 2021
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

Name:    _____

Address_____

_____

Clerk of Court
United States District Court
901 Richland Street
Columbia, South Carolina 29201

### In Re:  5:20-3406-SAL-SVH Austin v. Orangeburg Homes, LLC

Dear Ms. Blume:

In response to the order of Judge Hodges dated September 28, 2021, I wish to advise as follows:

_____ 1.    I, _____ (Printed Name), have obtained a new attorney to personally represent me in this matter.  His [or her] name, address, and telephone number are as follows:

_____

_____

OR

_____ 2.    I, _____ (Printed Name), have **NOT** obtained a new attorney and will represent myself in this matter.  I request that the Clerk of Court direct all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address.

_____ 3.    I, _____ (Printed Name), do not wish to continue this lawsuit and request that the court dismiss the case in its entirety.

_____    _____
Signature                                                            Date

3